UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIZABETH PASSAPERA,

    Plaintiff,

v.                                                                    Case No. 6:18-cv-1124-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her social security disability benefits. (Doc. 1.) Plaintiff argues that the Administrative Law Judge ("**ALJ**") erred by applying the incorrect legal standards to the Department of Veteran's Affairs' ("**VA**") disability rating and to her testimony about her pain and limitations. (*See* Doc. 14.)

On referral, U.S. Magistrate Judge Thomas B. Smith recommends that the Court reverse the Commissioner's decision and remand for further proceedings. (Doc. 15 ("**R&R**").) Specifically, Magistrate Judge Smith found that the ALJ did not properly consider her VA disability rating or give specific, valid reasons for discounting it. (*See id.* at 4–7.) Thus, the ALJ's assignment of "little weight" to the disability rating is reversible error and remand is required. (*Id.* at 6–7.)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells*

*Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 15) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Commissioner's final decision is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Elizabeth Passapera and against Defendant Commissioner of Social Security and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 16, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record