UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIZABETH PASSAPERA,

    Plaintiff,

v.                                            Case No. 6:18-cv-1124-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On April 16, 2019, the Court reversed the Commissioner's final decision and remanded the action for further administrative proceedings. (Doc. 16.) Judgement was then entered in Plaintiff's favor. (Doc. 17.) As the prevailing party, Plaintiff now seeks an award of $3,109.81 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("**EAJA**").[1] (Doc. 18 ("**Motion**").) On referral, U.S. Magistrate Judge Thomas B. Smith recommends the Court grant the Motion. (Doc. 19 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

---

[1] Plaintiff assigned her right to attorney's fees to her counsel, Richard A. Culbertson ("**Assignment**"). (Doc. 18, ¶ 9.) Plaintiff represents that the parties have agreed that after the Court issues an order awarding EAJA fees, the Commissioner will determine whether Plaintiff owes a federal debt the Government. (*Id*.) If the U.S. Department of the Treasury determines Plaintiff does not, the Government may, in its discretion, accept Plaintiff's Assignment and pay fees directly to Plaintiff's counsel. (*Id*.)

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 19) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 18) is **GRANTED**.

3. The Court awards Plaintiff Elizabeth Passapera attorney's fees under the EAJA in the amount of **$3,109.81**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 31, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record